there's no place like... 

hsn shopping bar
learn more | download now

shopping cart | order status | customer service | my account | bulletin boards | wish list | sign in

Jewelry   Fashion   Beauty   Health & Fitness   For the Home   Kitchen & Dining   Electronics   Crafts & Sewing   Toys   Customer Picks   Clearance

Search HSN.com [enter item # or keyword] 

today's special

HSN

**1.08ct Ruby and Diamond Convertible Heart 14K White Gold 18" Necklace - Item: 646-756**



Price: $199.00

Shipping & Handling: $5.95

**SOLD OUT**
See all Gemstones

Gemstones

**MORE CHOICES**





.23ct Diamond Round 14K Stud Earrings
Sale Price: $139.00

Zoom/Larger Image  |  More Views
Email to a Friend

**Product Description**

Create a breathtaking moment with this **ruby and diamond convertible heart 14K white gold necklace**. Delightfully feminine, four open 14K white gold hearts take center stage in this dainty design. Alternating hearts feature either rich red pavé-set round Thai rubies (approx. 1.5mm, .85ct) or shimmering round diamonds (approx. .23ct). The hearts can be worn in an extended row or folded together to create a clustered clover, which is held in place by hidden magnets.

A fine 14K white gold cable chain necklace completes the design beautifully. It fastens securely using a spring ring clasp. Other details about this *14K diamond and ruby necklace* include:

- Approx. 1.08ct
- Hearts open measure approx. 7/16"L x 2"W
- Hearts closed measure approx. 13/16"L x 13/16"W
- Necklace measures approx. 18"L x 1/16"W
- Stamped 14K
- Made in the USA
- Boxed

Company Information | Program Guide | Show Hosts | FAQs | Customer Service | Return Policy | Contact Us | Careers at HSN | Site Map
HSN Charge Card | HSN Rewards Visa Card | Gift Cards | Become an Affiliate
Shopping Tips and Guides | Conditions of Use | Privacy Policy | Security | Product Safety Information

Copyright © 1999 – 2007 HSN Interactive LLC.
HSN and HSN.com are registered trademarks of HSN LP

Partner Sites:  Ballard Designs | Garnet Hill | Improvements Catalog | IOS Catalog
Territory Ahead | Window Improvements | Shoes | Expedia | Hotels | Hotwire

