HOWARD C. MISKIN (HM7038)
GLORIA TSUI-YIP (GT9377)
Attorneys for Plaintiff
MOLINO'S DIAMONDS, INC.
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, New York 10118
(212) 268-0900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
MOLINO'S DIAMONDS INC. d/b/a
MOLINO JEWELERS,
Plaintiff,

- against -

HSN INTERACTIVE, LLC
CLYDE DUNEIER, INC. and
JOHN DOE
Defendants.
----------------------------------------------------------X

Civil Action No. 07-6216 (GEL)(DFE)
ECF CASE

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 Molino's Diamonds, Inc. d/b/a Molino Jewelers, who is the plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   [ ] YES [x] NO
2. Does party have any parent corporations?
   [ ] YES [x] NO

If YES, identify all parent corporations, including grandparent and great- grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
   [ ] YES [x] NO

If YES, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   [ ] YES [x] NO

   If YES, identify entity and nature of interest:

5. Is party a trade association?
   [ ] YES [x] NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Date: July 2, 2007
New York, New York

_/s/Gloria Tsui-Yip_____________

HOWARD C. MISKIN (HM7038)
GLORIA TSUI-YIP (GT9377)
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, New York 10118
(212) 268-0900