UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
MOLINO'S DIAMONDS INC. d/b/a                              :
MOLINO JEWELERS,                                          :
                                                          :
                                                          :
                  <u>Plaintiff</u>,                       :
                                                          :      07 Civ. 6216 (GEL)
     -against-                                            :
                                                          :      **ORDER**
HSN INTERACTIVE, LLC et al.,                              :
                                                          :
                  <u>Defendants</u>.                      :
                                                          :
----------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                                      GERARD E. LYNCH
                                                      United States District Judge