UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOLINO'S DIAMONDS INC. d/b/a
MOLINO JEWELERS,
          Plaintiff,

    - against -

HSN INTERACTIVE, LLC,
CLYDE DUNEIER, INC. and
JOHN DOE
          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Civil Action No. 07-6216 (GEL)(DFE)
ECF CASE

## ORDER TO REOPEN CASE
## FOR THE SOLE PURPOSE OF FILING FINAL JUDGMENT ON CONSENT

    The Parties having applied jointly to this Court for leave to reopen the above-entitled civil action for the sole purpose of filing and entering a Final Judgment on Consent,

    **IT IS HEREBY ORDERED** that the above-identified action be reopened for the sole purpose of filing and entering the annexed Final Judgment on Consent.

**IT IS SO ORDERED.**

Dated: November 26, 2007
New York, NY

_____
Honorable Gerard E. Lynch
United States ~~Chief Magistrate~~ District Judge